**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Criminal Action No. 17-CR-61 (LPS) |
| | ) | |
| ANGEL VELEZ-ENCARNACION, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## STATUS REPORT

NOW COMES the United States of America, by and through its attorneys, David C. Weiss, United States Attorney for the District of Delaware, and Christopher L. de Barrena-Sarobe, Special Assistant United States Attorney for the District of Delaware, and hereby submits the following Status Report:

1. On April 30, 2018, the Court held a teleconference with the parties. During the teleconference, Nino Tinari, attorney for Defendant Velez-Encarnacion, indicated that his client was in custody under the wrong name. The Court asked the government to investigate, and issued an Order directing the undersigned to file the instant status report. D.I. 93.

2. After the above reference teleconference, the undersigned contacted the United States Marshals Service ("USMS"). The name error was identified and corrected in the USMS system. Furthermore, the Bureau of Prisons was also notified of the name error prior to the Defendant being transferred to the Federal Detention Center in Philadelphia. The representative with the USMS believed that these corrections would resolve this issue.

WHEREFORE, the government respectfully submits this Status Report in accordance with the Court's Order.

    Respectfully submitted,

    DAVID C. WEISS
    United States Attorney

By: */s/ Christopher de Barrena-Sarobe*
    Christopher L. de Barrena-Sarobe
    Special Assistant United States Attorney

Dated:   May 15, 2018